No. 87–6301.   ZUSCHLAG *v.* TRETTIS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–6304.   YANCEY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–6307.   HENDERSON *v.* INTERNAL REVENUE SERVICE. C. A. 1st Cir.   Certiorari denied.

No. 87–6310.   DOOLEY *v.* DUCKWORTH.   C. A. 7th Cir.   Certiorari denied.

No. 87–6312.   BRICKHOUSE *v.* LONG ET AL.   C. A. 5th Cir. Certiorari denied.

No. 87–6314.   HUGHES *v.* GRANT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–6316.   HUSSMANN *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 87–6318.   REUMAYR *v.* SCOTT, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–6319.   WILLIAMS *v.* ARTHUR ET AL.   C. A. 7th Cir. Certiorari denied.

No. 87–6321.   BREWER *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 87–6330.   LITTLE *v.* FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.   C. A. 3d Cir. Certiorari denied.

No. 87–6332.   FLORES *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 87–6334.   GRATTON *v.* LeCUREUX, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 87–6336.   PETERS *v.* TROWELL ET AL.   C. A. 4th Cir. Certiorari denied.